## GARY SADLER *v.* COMMISSIONER OF CORRECTION

The petitioner Gary Sadler's petition for certification for appeal from the Appellate Court, 100 Conn. App. 659 (AC 26702), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Gary Sadler*, pro se, in support of the petition.

Decided December 14, 2007

## STATE OF CONNECTICUT *v.* DANIEL MORELLI

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 103 Conn. App. 289 (AC 27022), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the judgment of the trial court convicting the defendant of operating a motor vehicle while under the influence of intoxicating liquor?"

SCHALLER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 18047.

*Harry D. Weller*, senior assistant state's attorney, in support of the petition.

*Roy S. Ward*, in opposition.

Decided December 14, 2007